**LAW OFFICE OF CYNTHIA V. ECUBE, ESQ.**
*A Professional Corporation*
207 Martyr Street, Suite 3
Hagåtña, Guam 96910
Telephone No: (671)472-8889
Telecopier No: (671)472-8890
Email Address: info@ecubelaw.com

*Attorney for Defendant*
**JUSTIN ROBERT CRUZ WHITE**

### IN THE SUPERIOR COURT OF GUAM

### HAGÅTÑA, GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL CASE NO. 15-00041 |
| | ) | |
| vs. | ) | |
| | ) | |
| JUSTIN ROBERT WHITE CRUZ | ) | **MOTION TO WITHDRAW** |
| | ) | **AS COUNSEL** |
| *Defendant.* | ) | |
| | ) | |

**COMES NOW**, the Law Office of Cynthia V. Ecube, Esq., A Professional Corporation, by Cynthia V. Ecube, Esq., and hereby moves this Court for leave to withdraw as counsel for Defendant Justin Robert White Cruz in the above-entitled criminal proceeding based on the ground that a conflict of interest exists.

This Motion is brought pursuant to Rule 1.17 of the Guam Rules of Professional Conduct. Rule 1.17 governing conflicts of interest provide in relevant part:

"(a) Except as provided in paragraph (b), *a lawyer shall not represent a client if the representation involves a concurrent conflict of interest. A concurrent conflict of interest exists if:*

  (1) *the representation of one client will be directly adverse to another client*; or

  (2) there is a significant risk that the representation of one or more clients will be materially limited by the lawyer's responsibilities to

another client, a former client or a third person or by a personal interest of the lawyer."

In the instant case, the undersigned submits that there is sufficient facts set forth in the Declaration of Counsel filed contemporaneously with said Motion demonstrating that a conflict of interest exists as provided under 1.17(a)(1) of the Guam Rules of Professional Conduct.

For these reasons, the undersigned requests that the Court grant counsel's leave to withdraw and appoint new counsel for the natural father pursuant to the undersigned's Motion, and any other evidence which may be presented at the hearing in this matter.

Respectfully submitted this 7th day of January, 2016.

**LAW OFFICE OF CYNTHIA V. ECUBE, ESQ.**
*A Professional Corporation*

By: /s/ Cynthia V. Ecube
_____
**CYNTHIA V. ECUBE, ESQ.**