**LAW OFFICE OF CYNTHIA V. ECUBE, ESQ.**
*A Professional Corporation*
207 Martyr Street, Suite 3
Hagåtña, Guam 96910
Telephone No: (671)472-8889
Telecopier No: (671)472-8890
Email Address: info@ecubelaw.com

*Attorney for Defendant*
**JUSTIN ROBERT CRUZ WHITE**

## IN THE SUPERIOR COURT OF GUAM

### HAGÅTÑA, GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL CASE NO. 15-00041 |
| | ) | |
| vs. | ) | |
| | ) | **DECLARATION OF COUNSEL** |
| JUSTIN ROBERT WHITE CRUZ | ) | **IN SUPPORT OF MOTION** |
| | ) | **TO WITHDRAW AS COUNSEL** |
| *Defendant.* | ) | |
| | ) | |

Hagåtña, Guam.

    I, **CYNTHIA V. ECUBE**, hereby declare and state as follows:

    (1)    That I am the court appointed attorney for Defendant Justin Robert White Cruz, in the above-entitled criminal proceeding.

    (2)    That I make the statements herein based on my own personal knowledge, except where stated on information and belief.

    (3)    Based on information and belief, I learned information through prior legal counsel that an individual that I currently represent has provided information to the Government regarding Defendant Justin Robert White Cruz. Upon learning this information, I believe I may have a conflict of interest in my continuing representation of Defendant Justin Robert White Cruz.

    I declare under penalty of perjury under the laws of Guam (6 GCA §4308) that the foregoing is true and correct.

    Executed on this 7th day of January, 2016, in Hagåtña, Guam.

                                         /s/ Cynthia V. Ecube
                                         **CYNTHIA V. ECUBE**